**No. 60800.**—L. D. Friedland *v.* United States, protest 207967–K (Savannah).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

**No. 60801.**—Barker Brothers Silver Co., Inc. *v.* United States, protest 280167–K (New York).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

**No. 60802.**—W. A. Taylor & Co. *v.* United States, protest 231714–K (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of cardboard boxes, which are the usual containers or coverings of the specific duty-paying cognac, imported therein, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 29, 1957

**No. 60803.**—W. J. Byrnes & Co. of N. Y., Inc. *v.* United States, protest 277551-K (New York).

Opinion by JOHNSON, J. It was stipulated that the issue herein is similar in all material respects to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that one bale of white wool reported by the inspector as manifested, not found, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the bale of wool reported by the inspector as manifested, not found. The protest was sustained to this extent.